

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 JUL 30 AM 10: 58

DEPUTY CLERK_____

| | | |
|---|---|---|
| MARTIN MARTINEZ, | § | |
| Petitioner, | § § § | |
| v. | § § | 2:14-CV-0152 |
| WILLIAM STEPHENS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING RESPONDENT'S MOTION TO DISMISS and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On June 25, 2015, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the motion to dismiss filed by respondent be granted, and the instant habeas application be dismissed as time-barred. As of July 29, 2015, no objections to the Magistrate Judge's Report and Recommendation have been filed.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is ADOPTED, and respondent's motion to dismiss is GRANTED. Accordingly, the petition for a writ of habeas corpus is DISMISSED.

IT IS SO ORDERED.

ENTERED this _30th_ day of _July_ 2015.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE